JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBCONVERSIONS, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>E.I. DuPont De Nemours, a Delaware corporation; DOES 1-10, inclusive;<br><br>Defendants | Case No. 2:19-cv-01447-JFW-AFM<br><br>**ORDER ON JOINT STIPULATION TO DISMISS THE ACTION AND PROCEED WITH ARBITRATION** |

## **ORDER**

After considering the Parties' Joint Stipulation to Dismiss The Action and Proceed With Arbitration, IT IS HEREBY ORDERED that the Stipulation is GRANTED and this action be dismissed without prejudice to either Party's ability to compel enforcement of the arbitrator's decision.

**IT IS SO ORDERED.**

Dated: March 29, 2019

*/s/ John F. Walter*
Honorable John F. Walter
United States District Court